UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE – WESTERN DIVISION

IN RE:

Bryant Johnson,
    DEBTOR.

CASE NUMBER: _____
CHAPTER 13

Bryant Johnson,
    PLAINTIFF,
v.

ADV. PRO.: _____

Golden Title Loans, LLC dba 745-Cash
    DEFENDANT(S).

**COMPLAINT FOR TURNOVER OF PROPERTY OF THE ESTATE**

    The Debtor, as Plaintiff, brings this complaint for turnover of property of the estate pursuant to FED. R. BANKR. P. 7001(1) and 11 U.S.C. § 542(a) to recover a **2003 Chevrolet Tahoe**, believed to have been repossessed by the Creditor, **Golden Title Loans, LLC dba 745-Cash**, prior to the commencement of this case.

    The Court has jurisdiction of this case under the provisions of 28 U.S.C. §§ 1334(b) and 157(a). By virtue of 28 U.S.C. § 157(b)(2)(E), this is a core proceeding.

    Under the particular facts and circumstances and applicable law, the Plaintiff is entitled to possession of the above-described property of the estate for "use" as contemplated in 11 U.S.C. § 363.

    WHEREFORE, the Plaintiff respectfully requests that an expedited hearing be set to consider the requested relief, and that the court enter its order directing the Defendant to return the property to the Debtor.

Submitted on July 6, 2018 by:

/s/Thomas C. Fila_____
Thomas C. Fila
*Attorney for Debtor*
200 Jefferson Ave., Ste. 925
Memphis, TN 38103
Ph: 901.527.9028
Fx: 901.527.9031

1

## CERTIFICATE OF SERVICE

I certify that the foregoing complaint was sent to the following parties via U.S. Mail on or about July 6, 2018.

The foregoing complaint was sent via electronic notice to the Chapter 13 Trustee on July 6, 2018.

/s/Thomas C. Fila\_\_\_\_
Thomas C. Fila
*Attorney for Debtor*
200 Jefferson Ave., Ste. 925
Memphis, TN 38103
Ph: 901.527.9028
Fx: 901.527.9031

**DEBTOR/ PLAINTIFF:**

**Bryant Johnson**
1362 Finley
Memphis, TN 38116

**CREDITOR/ DEFENDANT:**

**Golden Title Loans, LLC dba 745-Cash**
**c/o Registered Agent: Blair S. Graber**
3540 Summer Ave, Suite 103
Memphis, TN 38122-3630

**Golden Title Loans, LLC dba 745-Cash**
3400 Elvis Presley Blvd
Memphis, TN 38116